UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN FACHINI           )<br>                                    )<br>         Plaintiff          )<br>                                    )<br>   vs.                          )<br>                                    )<br> FREDERICK J. HANNA &   )<br> ASSOCIATES, GC SERVICES, LP, )<br> and FIA CARD SERVCES, N.A.   )<br>                                    )<br>         Defendants       )<br>                                    ) | Case No. 3:10-cv-30219-MAP |

## STIPULATION OF DISMISSAL

AND NOW, this 2nd day of May, 2011, come the parties in the above entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice and without costs to either party, and waiving all rights of appeal.

        BY:    */s/ Bruce K. Warren*
                  Bruce K. Warren, Esquire
                  Warren & Vullings, LLP
                  93 Old York Road, Suite 333
                  Jenkintown, PA  19046
                  215-745-9800
                  bkw@w-vlaw.com
                  Attorneys for Plaintiff

        BY:    */s/ Andrew M. Schneiderman*
                  Andrew M. Schneiderman, Esquire
                  Bar No. 666252
                  Hinshaw & Culbertson LLP
                  One International Place, 3rd Floor
                  Boston, MA 02110
                  617-213-7000
                  aschneiderman@hinshawlaw.com
                  Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBIN FACHINI**           )<br>                             )<br>        **Plaintiff**          )<br>                             )<br>        vs.                  )<br>                             )<br>**FREDERICK J. HANNA &**     )<br>**ASSOCIATES, GC SERVICES, LP,** )<br>**and FIA CARD SERVCES, N.A.** )<br>                             )<br>        **Defendants**        )<br>                             ) | Case No. 3:10-cv-30219-MAP |

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 2, 2011.

BY:   *Bruce K. Warren*
      Bruce K. Warren, Esquire
      Warren & Vullings, LLP
      93 Old York Road, Suite 333
      Jenkintown, PA  19046
      215-745-9800
      bkw@w-vlaw.com
      Attorneys for Plaintiff